**J. P. Winnecour, appellee, v. Harry Garvey, appellant. Gen. No. 32,090.**

Action to recover from landlord cost of heat furnished by tenant. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John R. Newcomer, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1927. Reversed with finding of fact. Opinion filed January 31, 1928.

William Feldman, for appellant. Linaweaver & Linaweaver, for appellee.

Mr. Justice Gridley delivered the opinion of the court.

---

**Kelso & Company, Inc., plaintiff in error, v. Frank Maiale and Alex Aliotta, defendants in error. Gen. No. 31,672.**

Action on promissory notes. Judgment against plaintiff. Error to the Municipal Court of Chicago; the Hon. Harry F. Hamlin, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1927. Reversed and remanded. Opinion filed January 31, 1928.

Brown, Brown & Brown, for plaintiff in error. Benjamin E. Cohen, for defendants in error; Samuel Berke, of counsel.

Mr. Justice Scanlan delivered the opinion of the court.

---

**Josephine Mullaley, plaintiff in error, v. William J. Mullaley, defendant in error. Gen. No. 31,957.**

Bill for divorce. Decree of divorce and fixing property rights of parties. Error to the Superior Court of Cook county; the Hon. Joseph Sabath, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1927. Affirmed. Opinion filed January 31, 1928. Rehearing denied February 14, 1928.

Phillips, Mack & O'Bryan, for plaintiff in error; Robert T. Mack and Howard H. Wikoff, of counsel. Maurice J. Moriarty and Louis P. Miller, for defendant in error.

Mr. Justice Scanlan delivered the opinion of the court.

---

**Jay Stough and George F. Carolan, trading as Stough and Carolan, plaintiffs in error, v. John W. Reed, defendant in error. Gen. No. 32,004.**

Assumpsit for attorneys' fees and money expended as attorneys for defendant. Error by plaintiffs on small judgment for sum admitted by defendant. Error to the Superior Court of Cook county; the Hon. William N. Gemmill, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1927. Reversed and remanded. Opinion filed January 31, 1928.

Henry L. Chatroop, for plaintiffs in error. Keehn, Woods & Weisl, for defendant in error; Edward G. Woods, of counsel.

Mr. Justice Scanlan delivered the opinion of the court.